IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Kavouras, Blanca | Case Number: 07 B 17361 |
| | Judge: Squires, John H |
| Printed: 3/4/08 | Filed: 9/24/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 23, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,400.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,324.40 |
| Trustee Fee: | | 75.60 |
| Other Funds: | | 0.00 |
| Totals: | 1,400.00 | 1,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 2,838.50 | 1,324.40 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 30,000.00 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 252.74 | 0.00 |
| 5. | Joe Mullins | Unsecured | 5,398.23 | 0.00 |
| 6. | World Financial Network Nat'l | Unsecured | 28.33 | 0.00 |
| 7. | Verizon Wireless Midwest | Unsecured | 134.16 | 0.00 |
| 8. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 9. | Alliance One | Unsecured | | No Claim Filed |
| 10. | Credit Collection | Unsecured | | No Claim Filed |
| 11. | Bank Of America | Unsecured | | No Claim Filed |
| 12. | Creditors Interchange | Unsecured | | No Claim Filed |
| 13. | Rajagopal Reddy MD | Unsecured | | No Claim Filed |
| 14. | Arnold Harris P C | Unsecured | | No Claim Filed |
| | | | $ 38,651.96 | $ 1,324.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 75.60 |
| | $ 75.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Kavouras, Blanca

Printed:  3/4/08

Case Number:  07 B 17361
Judge:  Squires, John H
Filed:  9/24/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

